1  Matthew Franklin Jaksa (CA State Bar No. 248072)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email:     matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; UMG
7  RECORDINGS, INC.; ATLANTIC
   RECORDING CORPORATION; and
8  CAPITOL RECORDS, INC.

*E-filing*

ORIGINAL
FILED

AUG - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10             UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
12

C07-04118   SBA

13  ARISTA RECORDS LLC, a Delaware limited      CASE NO.
    liability company; UMG RECORDINGS, INC.,
14  a Delaware corporation; ATLANTIC            **COMPLAINT FOR COPYRIGHT
    RECORDING CORPORATION, a Delaware           INFRINGEMENT**
15  corporation; and CAPITOL RECORDS, INC., a
16  Delaware corporation,
                         Plaintiffs,
17
18         v.
19  JOHN DOE,
                         Defendant.
20
.21
22
23
24
25
26
27
28

ADR

Complaint for Copyright Infringement
Case No.
#31580 v1

# JURISDICTION AND VENUE

1.     This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.     This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.     Venue in this District is proper. See 28 U.S.C. §§ 1391(b), 1400(a).  Although the true identity of Defendant is unknown to Plaintiffs at this time, on information and belief, Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs.  On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide Defendant with the access to the Internet which facilitated Defendant's infringing activities.

# PARTIES

4.     Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

6.     Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.     Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.     The true name and capacity of Defendant are unknown to Plaintiffs at this time.  Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to Defendant by his or her ISP on the date and time of Defendant's infringing activity. See Exhibit A.  Plaintiffs

1

1 | believe that information obtained in discovery will lead to the identification of Defendant's true

2 | name.

**COUNT I**

**INFRINGEMENT OF COPYRIGHTS**

5      9.      Plaintiffs incorporate herein by this reference each and every allegation contained in

6 | each paragraph above.

7      10.      Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of

8 | exclusive rights under United States copyright law with respect to certain copyrighted sound

9 | recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this

10 | Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted

11 | Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright

12 | Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of

13 | Exhibit A.

14      11.      Among the exclusive rights granted to each Plaintiff under the Copyright Act are the

15 | exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted

16 | Recordings to the public.

17      12.      Plaintiffs are informed and believe that Defendant, without the permission or consent

18 | of Plaintiffs, has continuously used, and continues to use, an online media distribution system to

19 | download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies

20 | the IP address with the date and time of capture and a list of copyrighted recordings that Defendant

21 | has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public.

22 | Through his or her continuous and ongoing acts of downloading and/or distributing to the public the

23 | Copyrighted Recordings, Defendant has violated Plaintiffs' exclusive rights of reproduction and

24 | distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive

25 | rights under copyright. (In addition to the sound recordings listed on Exhibit A, Plaintiffs are

26 | informed and believe Defendant has, without the permission or consent of Plaintiffs, continuously

27 | downloaded and/or distributed to the public additional sound recordings owned by or exclusively

28 | licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of

2

Complaint for Copyright Infringement
Case No.
#31580 v1

1   infringement are ongoing. Exhibit A includes the currently-known total number of audio files being

2   distributed by Defendant.)

3          13.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on

4   each respective album cover of each of the sound recordings identified in Exhibit A. These notices

5   of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.

6   These published copies were widely available, and each of the published copies of the sound

7   recordings identified in Exhibit A was accessible by Defendant.

8          14.    Plaintiffs are informed and believe that the foregoing acts of infringement have been

9   willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

10         15.    As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights

11   under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against

12   Defendant for each infringement of each copyrighted recording. Plaintiffs further are entitled to

13   their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

14         16.    The conduct of Defendant is causing and, unless enjoined and restrained by this

15   Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated

16   or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502

17   and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing

18   Plaintiffs' copyrights, and ordering that Defendant destroy all copies of copyrighted sound

19   recordings made in violation of Plaintiffs' exclusive rights.

20         WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

21         1.    For an injunction providing:

22         "Defendant shall be and hereby is enjoined from directly or indirectly
infringing Plaintiffs' rights under federal or state law in the

23         Copyrighted Recordings and any sound recording, whether now in
existence or later created, that is owned or controlled by Plaintiffs (or

24         any parent, subsidiary, or affiliate record label of Plaintiffs)
("Plaintiffs' Recordings"), including without limitation by using the

25         Internet or any online media distribution system to reproduce (i.e.,
download) any of Plaintiffs' Recordings or to distribute (i.e., upload)

26         any of Plaintiffs' Recordings, except pursuant to a lawful license or
with the express authority of Plaintiffs. Defendant also shall destroy

27         all copies of Plaintiffs' Recordings that Defendant has downloaded
onto any computer hard drive or server without Plaintiffs'

28         authorization and shall destroy all copies of those downloaded

Complaint for Copyright Infringement
Case No.
#31580 v1

1   recordings transferred onto any physical medium or device in
2   Defendant's possession, custody, or control."

3       2.      For statutory damages for each infringement of each Copyrighted Recording
4   pursuant to 17 U.S.C. § 504.

5       3.      For Plaintiffs' costs in this action.

6       4.      For Plaintiffs' reasonable attorneys' fees incurred herein.

7       5.      For such other and further relief as the Court may deem just and proper.

8

9   Dated:  August 9, 2007                        HOLME ROBERTS & OWEN LLP

10

11

12                                          By: _____
13                                              MATTHEW FRANKLIN JAKSA
                                                Attorney for Plaintiffs,
14                                              ARISTA RECORDS LLC; UMG
                                                RECORDINGS, INC.; ATLANTIC
15                                              RECORDING CORPORATION; and
                                                CAPITOL RECORDS, INC.
16

17

18

19

20

21

22

23

24

25

26

27

28

4

Complaint for Copyright Infringement
Case No.
#31580 v1

# Exhibit
# A

**EXHIBIT A**

**JOHN DOE**

**IP Address:** 169.233.10.14 2007-04-23 23:51:04 EDT          **CASE ID#** 126545228

**P2P Network:** Gnutella          **Total Audio Files:** 221

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Collective Soul | Shine | Hints, Allegations and Things Left Unsaid | 187-499 |
| UMG Recordings, Inc. | Sting | Fields of Gold | Ten Summoner's Tales | 174-453 |
| UMG Recordings, Inc. | U2 | Beautiful Day | All That You Can't Leave Behind | 294-631 |
| Arista Records LLC | Dido | Here With Me | No Angel | 289-904 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | War | 42-944 |
| UMG Recordings, Inc. | The Police | Every Breath You Take | Synchronicity | 44-862 |
| UMG Recordings, Inc. | The Police | Roxanne | Roxanne (single) | 4-190 |
| Capitol Records, Inc. | Coldplay | Yellow | Parachutes | 328-762 |