Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; UMG
RECORDINGS, INC.; ATLANTIC
RECORDING CORPORATION; and
CAPITOL RECORDS, INC.

ORIGINAL FILED
AUG - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,

          Plaintiffs,

  v.

JOHN DOE,

          Defendant.

CASE NO. C07-04118 SBA

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 substantially affected by the outcome of this proceeding:
6    The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
7 BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
8 Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
9 Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
10 which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.
11    The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
12 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
13 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
14 publicly traded.  Vivendi S.A. is publicly traded in France.
15    The following companies are parents of, or partners in Plaintiff ATLANTIC RECORDING
16 CORPORATION:  Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings Corp.;
17 and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.
18 Warner Music Group Corp. is publicly traded in the U.S.
19    The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
20 Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
21 EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;

1 | Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly
2 | traded company. EMI Group plc. is publicly traded in the U.K.

3 | Dated: August 9, 2007                                      HOLME ROBERTS & OWEN LLP

By: _____/s/_____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs,
ARISTA RECORDS LLC; UMG
RECORDINGS, INC.; ATLANTIC
RECORDING CORPORATION; and
CAPITOL RECORDS, INC.

2

Certification of Interested Entities or Persons
Case No.
#31581 v1