1 | Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
3 | San Francisco, CA 94105-2994
Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com
5 |
6 | Attorneys for Plaintiffs,
ARISTA RECORDS LLC; UMG
7 | RECORDINGS, INC.; ATLANTIC
RECORDING CORPORATION; and
8 | CAPITOL RECORDS, INC.

**RECEIVED**
AUG - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

**FILED**
AUG 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CC7-04118 SBA

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br>　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br>　　　　　Defendant. | CASE NO.<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#31586 v1

1   Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3   ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa
4   Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5   documents that identify Defendant John Doe, including the name, current (and permanent) address
6   and telephone number, e-mail address, and Media Access Control address. The disclosure of this
7   information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8   IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9   the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10  under the Copyright Act.

12  Dated: 8-22-07                 By: _____
                                       United States ~~District~~ Judge
13                                     MAGISTRATE

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#31586 v1