1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; UMG RECORDINGS,
7  INC.; ATLANTIC RECORDING
   CORPORATION; and CAPITOL RECORDS, INC.
8
9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
11

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>   v.<br><br>JOHN DOE,<br>          Defendant. | CASE NO. C 07-04118 SBA<br><br>**The Honorable Saundra B. Armstrong**<br><br>*EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

Ex Parte Application and [Proposed] Order
Case No. C 07-04118 SBA
#33670 v1

1    Because Defendant John Doe ("Defendant") has not yet been identified, Plaintiffs
2 respectfully request that the Court continue the case management conference currently set for
3 November 15, 2007, at 3:00 p.m. to February 14, 2008.  Plaintiffs further request, pursuant to the
4 Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons
5 and Complaint on Defendant be extended from December 7, 2007 to March 6, 2008.

6    Plaintiffs filed the Complaint against Defendant on August 9, 2007.  Also on August 9, 2007,
7 Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the
8 Court's permission to serve a Rule 45 subpoena on University of California, Santa Cruz ("UC Santa
9 Cruz") so that Plaintiffs could obtain information sufficient to identify Defendant.  On August 22,
10 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take
11 Immediate Discovery.  Pursuant to the Court's Order, Plaintiffs have served UC Santa Cruz with a
12 Rule 45 subpoena directing UC Santa Cruz to produce certain information necessary to identify
13 Defendant.  Plaintiffs expect UC Santa Cruz to respond to the subpoena on November 28, 2007.

14    Because Plaintiffs cannot identify Defendant until UC Santa Cruz has responded to
15 Plaintiffs' subpoena, there is not yet a known defendant with whom to confer, and a case
16 management conference is unnecessary at this time.  Plaintiffs therefore respectfully request that the
17 Court continue the case management conference currently set for November 15, 2007, at 3:00 p.m.
18 to February 14, 2008.  Because the original time period for Plaintiffs to serve the Summons and
19 Complaint on Defendant will expire on December 7, 2007 (only nine days after Plaintiffs expect to
20 receive the subpoena response enabling them to identify Defendant), Plaintiffs further request that
21 the time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

22 Dated:  November 7, 2007                                      HOLME ROBERTS & OWEN LLP

                                                                By: */s/ Matthew Franklin Jaksa*
                                                                    MATTHEW FRANKLIN JAKSA
                                                                    Attorney for Plaintiffs

1  **ORDER**

2  Good cause having been shown:

3  **IT IS ORDERED** that the case management conference currently set for November 15,
4  2007, at 3:00 p.m. be continued to February 14, 2008.

5  **IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules
6  4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant shall be
7  extended to March 6, 2008.

8
9
10 Dated: _____                By: _____
11                                              Honorable Saundra B. Armstrong
                                                United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1