1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; UMG RECORDINGS,
7  INC.; ATLANTIC RECORDING
   CORPORATION; and CAPITOL RECORDS, INC.
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation, | CASE NO. C 07-04118 SBA |
|---|---|
| Plaintiffs, | **The Honorable Saundra B. Armstrong** |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| JOHN DOE, | |
| Defendant. | |

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, et al., by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3  claims against Defendant John Doe, also identified as ID #126545228 with IP address 169.233.10.14
4  2007-04-23 23:51:04 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is
5  respectfully requested to close this case.

7  Dated:  February 1, 2008                                    HOLME ROBERTS & OWEN LLP

   By:  */s/ Matthew Franklin Jaksa*
        MATTHEW FRANKLIN JAKSA
        Attorney for Plaintiffs